AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern          District of          New York

HUGHEY JACKSON

V.

CITY OF NEW YORK, "JOHN" GUERRA (Tax Id. No. 928433), AND JOHN AND JANE DOES 1-10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 10663

TO: (Name and address of Defendant)

NYPD OFFICER 'JOHN' GUERRA (TAX ID NO. 928433)
46 Precinct
2120 Ryer Avenue
Bronx, NY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LEVENTHAL & KLEIN, LLP
45 MAIN STREET, SUITE 230
BROOKLYN, NEW YORK 11201

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                      NOV 2 8 2007

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 10, 2007 at 11:30 AM |
| NAME OF SERVER (PRINT) William Morrison | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 46th Precinct 2120 Ryer Avenue Bronx, NY 10457

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon, Sgt. McKee, co-worker of the defendant. F, W, Blonde/Black, 36, 5'5, 230

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/10/07
Date

Signature of Server  William Morrison – 870436

Address of Server  83 West Forest Avenue Teaneck, NJ 07666

J. MICHAEL McMAHON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.