≈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

HUGHEY JACKSON

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 07 CV 10663 (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York

I certify that I am admitted to practice in this court.

January 2, 2008
Date

*[Signature]*
Signature

Robyn N. Pullio            RP 7777
Print Name                 Bar Number

100 Church Street
Address

New York, N.Y. 10007
City            State           Zip Code

(212) 788-1090          (212) 788-9776
Phone Number                   Fax Number