✍AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

HUGHEY JACKSON

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 07 CV 10663 (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Police Officer Ronnie P. Guerra.

I certify that I am admitted to practice in this court.

January 31, 2008
Date

*[signature]*
Signature

Robyn N. Pullio     RP 7777
Print Name          Bar Number

100 Church Street
Address

New York, N.Y. 10007
City     State     Zip Code

(212) 788-1090     (212) 788-9776
Phone Number       Fax Number