UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2/1/08

-----------------------------------------------------------X

Jackson

           -v.-

NYC

-----------------------------------------------------------X

07 Civ. 10663 (RWS)

Please be advised that the conference scheduled

for _2|6|08_ has been rescheduled to

_3|19|08_ at _4:30pm_ in Courtroom 18C

Please notify opposing counsel of the change.


SO ORDERED.

Dated:  New York, New York

        2-1-08

                                 ROBERT W. SWEET
                               United States District Judge