2127884123  07:32:03 p.m.  05-30-2008  2/2

Sweet, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HUGHEY JACKSON,

                                 Plaintiff,

          -against-

CITY OF NEW YORK, ET AL.,

                               Defendants.
------------------------------------------------------------X

STIPULATION AND ORDER

07 CV 10663 (RWS)

      It is hereby stipulated and agreed by and between the undersigned attorneys for the respective parties herein that Plaintiff may file the annexed Amended Complaint on consent.

Dated: May 25, 2008

| LEVENTHAL & KLEIN, LLP | MICHAEL A. CARDOZO |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendants |
| 45 Main Street, Suite 230 | 100 Church Street |
| Brooklyn, New York 11201 | New York, New York 10007 |
| (718) 722-4100 | (212) 788-1090 |
| By: _____ | By: _____ |
| BRETT H. KLEIN | ROBYN N. PULLIO |

SO ORDERED:

_____
Hon. Robert W. Sweet, USDJ
6-12-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08