AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Hughey Jackson

V.

City of New York, Ronnie P. Guerra, Ernesto Cruz, Jane Doe 1 through 10, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 10663 (RWS)

TO: (Name and address of Defendant)

Sergeant Ernesto Cruz (Shield No. 3121)
NYPD 46th Precinct
2120 Ryer Avenue
Bronx, New York

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, New York 11201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _[signature]_    DATE JUN 1 3 2008

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE June 24, 2008 at 9:40 AM |
| NAME OF SERVER (PRINT) William Morrison | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: c/o NYPD 46th Precinct 2120 Ryer Ave Bronx NY 10457

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon P.O. Lasalle, co-worker of the defendant. M, Blk, Blk, 38, 5'10, 225

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL 0 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/1/08
          Date

Signature of Server  William Morrison — 870436

83 West Forest Ave Teaneck, NJ 07666
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.